IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RYAN KITCHENS**                                                                                        **PLAINTIFF**

**v.**                                   **CASE NO. 4:23-CV-00360-BSM**

**BRYANT SCHOOL DISTRICT**                                                               **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE